No. 1278, Misc.  MONTGOMERY v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 1280, Misc.  MCBRIDE v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 1281, Misc.  ELLIS v. GILLETTE.  Sup. Ct. Hawaii. Certiorari denied.

No. 1282, Misc.  GREEN v. PATE, WARDEN.  Cir. Ct., Cook County, Ill.  Certiorari denied.

No. 1284, Misc.  KEYS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1286, Misc.  DANIEL v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.  *Victor M. Earle III* and *Robert S. Rifkind* for petitioner.  *Frank S. Hogan* and *Harold Roland Shapiro* for respondent.

No. 1287, Misc.  MORALES v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 1291, Misc.  WILLIAMS v. DEEGAN, WARDEN. C. A. 2d Cir.  Certiorari denied.  *Leon B. Polsky* and *Gretchen White Oberman* for petitioner.

No. 1292, Misc.  BIRD v. VIRGINIA.  Sup. Ct. App. Va.  Certiorari denied.

No. 1299, Misc.  TAFOYA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.